## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

North Cornwall Township :
:
v. : No. 17 C.D. 2022
:
George D. Konevitch and :
Margaret M. Konevitch :
:
Appeal of: George D. Konevitch :
and Margaret M. Konevitch :

**PER CURIAM**  **O R D E R**

NOW, November 16, 2023, having considered Appellants' application for reargument, the application is DENIED.